# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jeriamiyah Edwards

**DEFENDANTS**
Butler County, et al.

**(b)** County of Residence of First Listed Plaintiff   Butler County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See attached counsel list.

Attorneys *(If Known)*
See attached counsel list.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | **PERSONAL INJURY** | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 365 Personal Injury - Product Liability | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 370 Other Fraud | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 371 Truth in Lending | **LABOR** | |
| [ ] 195 Contract Product Liability | | [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 740 Railway Labor Act | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | |
| | | [x] 550 Civil Rights | | |
| | | [ ] 555 Prison Condition | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | |

Additional columns from NATURE OF SUIT:

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983
Brief description of cause:
Plaintiff prisoner alleges mistreatment and violations of his constitutional rights at Butler County Prison.

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE   June 18, 2025

SIGNATURE OF ATTORNEY *(signature)*

---

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## <u>COUNSEL LIST</u>

Matthew B. Weisberg, Esquire
David A. Berlin, Esquire
WEISBERG LAW
7 South Morton Avenue
Morton, PA  19070
mweisberg@weisberglawoffices.com
dberlin@weisberglawoffices.com
***Counsel for Plaintiff***

Kyle T. McGee, Esquire
MARSHALL DENNEHEY, P.C.
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
ktmcgee@mdwcg.com
***Counsel for Defendant, Butler County***

John R. Ninosky, Esquire
MARSHALL DENNEHEY, P.C.
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
jrninosky@mdwcg.com
***Counsel for Defendants, PrimeCare Medical, Inc. and Head Doctor of Butler County Prison***

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction:   Butler County Prison, Butler, PA

---

***RELATED CASE IF ANY:***   Case Number: _____   Judge: _____

1. Does this case involve property included in an earlier numbered suit?   Yes ☐

2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit?   Yes ☐

3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit?   Yes ☐

4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual?   Yes ☐

5. Is this case related to an earlier numbered suit even though none of the above categories apply?
If yes, attach an explanation.   Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☒ **is not** related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

***A.*** ***Federal Question Cases:***

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☒ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. Cases Seeking Systemic Relief **\*see certification below\***
☐ 16. All Other Federal Question Cases. *(Please specify)*: _____

***B.*** ***Diversity Jurisdiction Cases:***

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)*: _____
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)* _____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☒ **does not** have implications beyond the parties before the court and ☐ **does** / ☒ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒   Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐   None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JERIAMIYAH EDWARDS,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>BUTLER COUNTY d/b/a BUTLER<br>COUNTY PRISON; JOE DeMORE, in his<br>individual and official capacity as Warden of<br>Butler County Prison; CAPTAIN<br>RUSSELL, individually; CAPTAIN J.<br>KENGERSKI, individually; SARGEANT<br>OR CORRECTIONS OFFICER K.<br>DECKER, individually; CORRECTIONS<br>OFFICE QUINN, individually;<br>CORRECTIONS OFFICER McCLURE,<br>individually; CORRECTIONS OFFICER<br>MILLER, individually; CORRECTION<br>OFFICER JORDAN, individually;<br>CORRECTIONS OFFICER REISER,<br>individually; JANE AND JOHN DOE,<br>CORRECTIONS OFFICERS; PRIMECARE<br>MEDICAL, INC.; HEAD DOCTOR,<br>individually and in their official capacity as<br>Head Doctor of Butler County Prison; and<br>JOHN AND JANE DOE MEDICAL STAFF<br>AT BUTLER COUNTY PRISON,<br>individually,<br><br>                                    Defendants. | CIVIL ACTION<br><br>NO: |

## NOTICE OF REMOVAL

Defendant BUTLER COUNTY, by and through its attorneys, Marshall Dennehey, P.C., hereby files the Notice of Removal of this action, which is currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, January Term, 2025, Case No. 00204, to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. 1331, 1443, and 1446, and in support thereof avers as follows:

I.      **Facts and Procedural History**

1.      On January 3, 2025, Plaintiff Jeriamiyah Edwards initiated this action by filing a

Writ of Summons in the Philadelphia County Court of Common Pleas.  <u>See</u> Writ of Summons,

attached hereto as Exhibit "A."

2.      Plaintiff subsequently filed his Complaint on May 22, 2025.  <u>See</u> Complaint,

attached hereto as Exhibit "B."

3.      In the Complaint, Plaintiff alleges that he was assaulted and harassed while

incarcerated at Butler County Prison.  <u>See</u> Exhibit "B" at ¶¶ 1, 17-56, and generally.

4.      On the basis of his allegations, Plaintiff asserts claims for "Cruel and Unusual

Punishment," "Monell," Negligence, and Excessive Force/Assault and Battery.  <u>See</u> <u>id.</u> at Counts

I, II, III, and III [sic].

5.      Plaintiff's claims expressly invoke various federal laws and constitutional

provisions, including the Fourth, Eighth and Fourteenth Amendments and 42 U.S.C. § 1983.  <u>See</u>

<u>id.</u> at ¶¶ 58, 61, 72.

II.     **Plaintiff's Allegations Raise a Federal Question and this Court therefore has**

        **Original Jurisdiction over this Matter.**

6.      Without admitting the truth of Plaintiff's allegations, the Complaint expressly

claims that his federal constitutional rights were violated.  <u>See</u> <u>id.</u>

7.      Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1331, as the

action presents a question of federal law.  <u>See</u> <u>Fed. L. Enf't Officers Ass'n v. Att'y Gen. New</u>

<u>Jersey</u>, 93 F.4th 122, 127 (3d Cir. 2024).

8.      Under 28 U.S.C. 1367(a), to the extent the Plaintiff might seek additional relief

under Pennsylvania law for any alleged violations of state law, this Court has supplemental

jurisdiction over all such remaining state claims because those putative claims are so related to the federal claim, they would form part of the same case or controversy under Article III of the United States Constitution.

9.      Venue is proper in this district, pursuant to 28 U.S.C. 1391(b)(2), as Philadelphia County – the county in which the action was filed – lies within the Eastern District of Pennsylvania.

**III.    Defendant has Complied with all Procedural Requirements for Removal.**

10.     This notice is timely pursuant to 28 U.S.C. 1446, as this notice is being filed within thirty (30) days of May 22, 2025, the date the Complaint was served on Butler County.

11.     In accordance with 28 U.S.C. §1446(a), copies of all process, pleadings and orders served upon Butler County are attached hereto. See Exhibits "B" and "C"  Further, docket entries from the State Court action are also attached hereto as Exhibit "D."

12.     Pursuant to 28 U.S.C. 1446(b)(2), all other defendants properly joined and served have consented to removal of this matter.  See E-mail correspondence, collectively attached hereto as Exhibit "E."[1]

13.     Written notice of the filing of this Notice of Removal has been given to all adverse parties in accordance with 28 U.S.C. § 1446(d), and is noted in the Certificate of Service attached hereto.

14.     Promptly after filing in this Court and the assignment of a Civil Action Number, a Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, in accordance with 28 U.S.C. § 1446(d).

---

[1] The general rule in 28 U.S.C. § 1446(b)(2)(A), which requires that all defendants must join in a notice of removal, may be disregarded where the non-joining defendants are "John Doe" defendants whose identities are unknown. *See, e.g., Green v. America Online (AOL)*, 318 F.3d 465 (3d Cir. 2003); *Bonilla-Paul v. Walmart, Inc.*, 2019 WL 13071987 (E.D. Pa. Nov. 22, 2019).

3

WHEREFORE, Defendant Butler County hereby removes this action from the Court of Common Pleas for Philadelphia County to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY:_____

MICHAEL A. SALVATI
Attorney ID. No. 311682
2000 Market Street, Suite 2300
Philadelphia, PA  19103
215-575-4552 (P) / 215-575-0856 (F)
masalvati@mdwcg.com

KYLE T. MCGEE
Attorney ID No. 205661
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA 15219
(412) 803-2444 (P) / (412) 803-1188 (F)
ktmcgee@mdwcg.com

Attorneys for Defendant,
Butler County

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the forgoing Notice of Removal was

served this date, via electronic mail, to the following:

Matthew B. Weisberg, Esquire
David A. Berlin, Esquire
WEISBERG LAW
7 South Morton Avenue
Morton, PA  19070
mweisberg@weisberglawoffices.com
dberlin@weisberglawoffices.com
***Counsel for Plaintiff***


John R. Ninosky, Esquire
MARSHALL DENNEHEY, P.C.
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
jrninosky@mdwcg.com
***Counsel for Defendants, PrimeCare Medical, Inc. and Head Doctor of Butler County Prison***

*Defendants, Joe DeMore, in his individual and official capacity as Warden of Butler County Prison; Captain Russell, individually; Captain J. Kengerski, individually; Sargeant OR Corrections Officer K. Decker, individually; Corrections Officer Quinn, individually; Corrections Officer McClure, individually; Corrections Officer Miller, individually; Corrections Officer Jordan, individually; and Corrections Officer Reiser, individually*

c/o

Julie M. Graham, Esquire
Solicitor for the County of Butler
Butler County Commissioners' Office
124 West Diamond Street
P.O. Box 1208
Butler, PA  16003-1208
jgraham@co.butler.pa.us

                                        **MARSHALL DENNEHEY, P.C.**

                                        BY:_____
                                                MICHAEL A. SALVATI
                                                Attorney ID. No. 311682
                                                2000 Market Street, Suite 2300
                                                Philadelphia, PA  19103
                                                215-575-4552 (P) / 215-575-0856 (F)
                                                masalvati@mdwcg.com

                                                KYLE T. MCGEE
                                                Attorney ID No. 205661
                                                Union Trust Building, Suite 700
                                                501 Grant Street
                                                Pittsburgh, PA 15219
                                                (412) 803-2444 (P) / (412) 803-1188 (F)
                                                ktmcgee@mdwcg.com

                                                Attorneys for Defendant,
                                                Butler County

**DATED:**  June 18, 2025

2